

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 10, 2022

**BY Email**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Shpendim Haxhaj et al.*, S1 21 Cr. 17 (KPF)

Dear Judge Failla:

    The parties have conferred about their availability for trial in 2023 in the above-captioned matter and jointly write to request a trial date at the beginning of April or mid-May 2023.[1] The Government anticipates that its case-in-chief will last approximately 3-4 weeks and will continue to streamline its case if additional defendants plead guilty.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:_____/s/_____
    Mathew Andrews
    Frank J. Balsamello
    Christopher Brumwell
    Benjamin Gianforti
    Assistant United States Attorneys
    (212) 637-6526 / -2325 / -2477 / -2490

cc: All Counsel

---

[1] Counsel for Shpendim Haxhaj, Alain Massena, respectfully requests that the Court not hold trial on 5/15 if trial commences in mid-May.

It is hereby ORDERED that the following trial schedule will be in effect as to Defendants:

- Trial will commence on **September 11, 2023, at 9:00 a.m.**;

- The parties' respective jury charge requests, proposed *voir dire* questions, and any motions *in limine* will be due **August 14, 2023**;

- Any opposition papers to motions *in limine* will be due **August 21, 2023**; and

- The final pretrial conference will be scheduled for **August 28, 2023, at 10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:   October 14, 2022          SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE