UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 21 Cr. 17-8 (KPF) |
| LUCAS CHAJECKI, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

Upon the application of Peter Enrique Quijano, attorney for LUCAS CHAJECKI, for an order directing the Metropolitan Detention Center – Brooklyn ("MDC") to transport Lucas Chajecki to the dentist in order to treat Mr. Chajecki for a severe toothache;

IT IS HEREBY ORDERED:

1. That the MDC will afford Lucas Chajecki the opportunity to be seen, examined, and treated by a dentist, in a dental office or a dental examination room, which is equipped to treat Mr. Chajecki's toothache;

2. If the MDC does not have a dentist and the necessary facilities at the MDC, the MDC is directed to transport Mr. Chajecki to a dental office for treatment by a dentist.

The United States Attorney's Office is directed to transmit this Order to the necessary parties at once.

SO ORDERED.

Dated:   November 10, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge