**MASSENA LAW P.C.**
305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(P) 212-766-1700 ♦ (F) 212-766-1701
EMAIL: AVM@MASSENALAW.COM

• ADMITTED IN FEDERAL AND
  NEW YORK STATE COURTS

November 17, 2022

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re: *United States v. Shpendim Haxhaj*, 21Cr17(KPF)

Dear Judge Failla,

I am CJA appointed counsel for Mr. Shpendim Haxhaj who is charged with racketeering conspiracy and related offenses in the above referenced matter. I submit the following joint letter on behalf of attorneys for Lucas Chajecki, Peter Quijano and Anna Sideris, and the Government. The parties have conferred and respectfully submit the following filing schedule for the Court's consideration :

- February 6, 2023 - defense motions due
- February 27, 2023 - oppositions
- March 14, 2023 - replies.

Thank you in advance for any and all consideration of this application. We will await further instructions from the Court on this matter.

Respectfully submitted,

*Alain V. Massena*

Alain Massena, Esq.

Cc: All counsel, by ECF

Application GRANTED.  Defense motions for Shpendim Haxhaj and Lucas Chajecki are hereby due on or before **February 6, 2023,** the Government's opposition is due on or before **February 27, 2023,** and any reply briefs are due **March 14, 2023.**  Additionally, the Court will hold a hearing on these motions on **April 14, 2023, at 3:00 p.m in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.**  The parties are directed to promptly advise the Court if they believe witness testimony is necessary to resolve any of these motions.  The Clerk of Court is directed to terminate the pending motion at docket number 138.

The Court denies without prejudice any previous motions made in this case based on its discussion with the parties during the pre-trial conference on November 3, 2022.

Dated:      November 18, 2022           SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE